# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **Mountain Valley Pipeline, LLC** | Action No:   7:19cv225 |
| | Date:   6/11/2024 |
| vs. | Judge:   Elizabeth K. Dillon |
| | Court Reporter:   M. Butenschoen |
| **5.88 Acres of Land, Owned by Wendell Wray Flora and Mary McNeil Flora** | Deputy Clerk:   K. Anglim |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Seth Land | Joseph Sherman |
| Wade Massie | |

PROCEEDINGS:
Parties present by counsel for pretrial conference and oral argument on MVP's Motion in Limine on Improper Valuations (dkt. 97) and objections to pretrial disclosures.
Argument, Objections, Rebuttal as reflected in the record.
Judge to take argument under advisement and rule in near future.
Trial to be held June 25 – 28, 2024
Remarks by Court re. conduct of trial and procedure for jury selection


Time in Court:   9:57 – 10:46; 49m